UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WILSON P. RODRIGUEZ,

    Plaintiff,

v.                                                  Case No. 5:14-CV-543-Oc-18PRL

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.
_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Wilson P. Rodriguez's appeal from a final decision of the Commissioner of the Social Security Administration ("Commissioner"), which the Court referred to United States Magistrate Judge Philip R. Lammens for a Report and Recommendation.

On December January 5, 2016, Judge Lammens issued a Report and Recommendation recommending that the Commissioner's decision be affirmed (Doc. 22). Having reviewed the Report and Recommendation (Doc. 22) and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 22) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision is **AFFIRMED**.
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this ____ day of January, 2016.

                                                        G. KENDALL SHARP
                                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record